GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2022 AUG 24   PM 2: 22

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01857 TUC-JCH(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>  1.  Omar Trujillo, Jr.,<br>  2.  Carlos Martinez,<br><br>                    Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making a False Statement in<br>Connection with Acquisition of a<br>Firearm)<br><br>18 U.S.C. § 2(a)<br>(Aiding and Abetting the<br>Commission of an Offense) |

**THE GRAND JURY CHARGES:**

On or about April 30, 2022, in the District of Arizona, OMAR TRUJILLO, JR., and CARLOS MARTINEZ knowingly made a false statement and representation in connection with the acquisition of a firearm, that is, an Ohio Ordnance Works M240SLR .308 rifle, from Turner's Outdoorsman, a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, which was intended and likely to deceive Turner's Outdoorsman as to a fact material to the lawfulness of a sale of the firearm by Turner's Outdoorsman, in that CARLOS MARTINEZ stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of OMAR TRUJILLO, JR.; and OMAR TRUJILLO, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement;

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

A TRUE BILL

*/s/*

FOREPERSON OF THE GRAND JURY
Dated: August 24, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

*/s/*

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Omar Trujillo, Jr., et al.*
*Indictment Page 2 of 2*