**LAW OFFICE OF DOMINIC RIZZI P.L.L.C.**
**100 N Stone #601**
**Tucson, Arizona 85701**
**(520) 591-7919**

Dominic Rizzi Esq.
rizzilawaz@gmail.com
State Bar No. 033309
Attorney for Omar Trujillo

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | **Docket No. 4:22-cr-01857-JCH-3** |
| **Plaintiff,** | **DEFENSE MEMORANDUM FOR SENTENCING** |
| **VS.** | |
| **Omar Trujillo Jr,** | **Sentencing Date: June 26, 2023** |
| **Defendant.** | |

COMES NOW, Defendant Omar Trujillo, by and through undersigned counsel, hereby submitting a Memorandum for Sentencing requesting that this Honorable Court consider all relevant factors and impose a just sentence.  The pertinent details are set forth in the following Memorandum.

RESPECTFULLY SUBMITTED this 16th day of June, 2023.

LAW OFFICE OF RICHARD BOCK                    LAW OFFICE OF DOMINIC RIZZI


 */s/ Richard Bock*                                         */s/ Dominic Rizzi*
Richard Bock, Attorney for Defendant          Dominic Rizzi, Attorney for Defendant

1

**MEMORANDUM**

## A.  PROCEDURAL HISTORY:

On April 13, 2023, Mr. Trujillo plead guilty to 11 counts of Making False Statements in Connection with a Firearm Purchase, a Class C Felony, in violation of 18 U.S.C. §§ 922(a)(6) & 924(a)(2). On June 26, 2023, Mr. Trujillo will come before this honorable Court for sentencing on his guilty plea.

## B. PERSONAL AND CRIMINAL HISTORY:

Though Omar would characterize his childhood and upbringing as being stable, normal, and happy, he grew up without his father in his life. As a result of his father's absence, from an early age, Omar decided that he would always be present in his children's lives. In fact, Omar has recently learned that he will be a father in October 2023. Since learning this news, he has enrolled in college, found full time employment, and provided for his girlfriend.

As to his criminal history, though Mr. Trujillo does have a minor history of misdemeanor arrests, Mr. Trujillo has no prior felony history. As a result of his criminal history, Mr. Trujillo falls within Criminal History Category II. It should be noted that the Probation Department believes Mr. Trujillo falls within Criminal History Category III. This discrepancy is addressed in Defendant's Objection to PSR, filed on June 8, 2023.

## C. SENTENCING GUIDELINES:

The Base Offense Level for a violation of 18 U.S.C. §922(a)(6) is 12. *See* USSG §2K2.1(a)(7). Four levels are added because the offense involved 24 firearms. *See* USSG

2

§2K2.1(b)(1)(A). Three levels are added because of the defendant's aggravating role, directing one other codefendant. *See* USSG §3B1.1(b). Three levels are deducted for Acceptance of Responsibility. *See* Plea Agreement and USSG §3E1.1(a) & (b). As a result, the Total Offense Level is 16, and as Combined with Criminal History Category II, the Guideline range of imprisonment is 24-30 months. Should this Court find Mr. Trujillo falls under Criminal History Category III, the Guideline range of imprisonment is 27 – 33 months. As will be addressed below, Mr. Trujillo believes that the Guideline custodial range is longer than necessary to accomplish the sentencing objectives comprising 18 U.S.C. §3553(a).

## D. MITIGATING FACTORS:

Ultimately, Mr. Trujillo respectfully requests that this Court grant him a variance from the Sentencing Guideline range, after considering the principles and factors established in 18 U.S.C. §3553(a), and sentence Mr. Trujillo to a term of supervised probation:

1. ***Mr. Trujillo's performance on pretrial release demonstrates that he can be rehabilitated with a probation sentence:***

Since being accused of this offense, Omar has taken these proceedings seriously, attending every court hearing. Furthermore, he has mostly kept in compliance with the conditions of pretrial services. Specifically, Omar has reported as directed, abided by travel restrictions, abstained from substance use (submitting 15 negative urinalyses after submitting positive tests attributed to pre-arrest use), maintained employment, and refrained from possessing firearms.

Undersigned counsel believes that Omar's success with his pretrial supervision

3

demonstrates that he has the tools to successfully rehabilitate through probation.

## 2. *Mr. Trujillo's attempts to better himself while on pretrial release should be considered at sentencing:*

After being arrested in the instant manner, Omar has learned that he will be a father. In fact, his first child is due in October. In preparing for fatherhood, Omar has found full time employment with a trucking company and has enrolled as a student at Pima Community College. *See* Exhibit A: Pima College Acceptance Email.

At this stage in his life, Omar realizes that others will be dependent on his support. As a result, Omar is actively trying to better himself so that he can provide his child with a better life than his father provided for him. Specifically, Omar is prioritizing work and higher education to put himself in a position to be financially stable for his family. Having already made efforts to accomplish these goals, undersigned counsel has every confidence that Omar will excel on probation.

## 3. *Though this case involved multiple counts over a period of time, Mr. Trujillo's lack of prior felony history is significant:*

Omar is a 23 year old man who has no prior felony history. Though this case alleges multiple counts from separate incident dates, prior to the first violation in the instant case, Omar had never been investigated, arrested, or convicted of a felony. Omar's young age and lack of prior felony convictions warrant an opportunity on probation.

## 4. *Mr. Trujillo is blessed to have strong pillars of community support:*

Omar is blessed to have strong family and community support as evidenced by the

4

attached Letters of Support. *See* Exhibit B: Letters of Support. It is clear that if this Court places Omar on probation, he will have strong pillars of support to help him remain in compliance with probation, refrain from future criminal activity, and ultimately rehabilitate.

### 5. *Mr. Trujillo has overcome a difficult upbringing that lacked youthful guidance:*

Omar grew up without his father in his life. Though Omar wouldn't characterize his upbringing as having been "difficult", the lack of paternal guidance in Omar's life impacted him negatively. To this day, he has no contact with his estranged father.

Despite growing up without his father, Omar has developed into a contributing member of society.

### 6. *Mr. Trujillo has accepted responsibility and is remorseful for his actions:*

Throughout these proceedings, Omar has continuously expressed his remorse to defense counsel. His acceptance of responsibility and remorse is further evidenced by his acceptance of the plea. Today, he recognizes the severity of his offense.

### E.  CONCLUSION:

For all of the reasons outlined above, Mr. Trujillo respectfully requests that this Court grant him a variance from the Sentencing Guideline range, after considering the principles and factors established in 18 U.S.C. §3553(a), and sentence him to a term of supervised probation.

**RESPECTFULLY SUBMITTED** this 16th day of June 2023.

LAW OFFICE OF RICHARD BOCK                    LAW OFFICE OF DOMINIC RIZZI


__*/s/ Richard Bock* _____          __*/s/ Dominic Rizzi* _____
Richard Bock, Attorney for Defendant          Dominic Rizzi, Attorney for Defendant

5

**Original of the foregoing filed with the United States District Court of Arizona this 16th day of June, 2023.**

**Copy of the foregoing delivered this 16th day of June, 2023, to:**

US Attorneys Office - Tucson, AZ
Attn: Matthew Cassell & Craig Russell

US Probation Office - Tucson, AZ
Attn: Willow Stokes

6