

**8:01**

◀ Instagram

.ıll 5G 44

to me ⌄

May 10, 2023
A01476218

Dear Omar,

Congratulations on being accepted to Pima Community College!

Let's get started on your "Next Steps"! First, activate your MyPima account. You will need your PCC Student ID number – A01476218.

Click here – Activate MyPima

Once you activate your MyPima account you can access your New Student Checklist

5/23/2023, 7:50 AM

and Pima Email Account (future communication will be sent to your Pima email).

If you have questions please schedule an advising appointment at pima.edu/advising, email pcc-enroll@pima.edu or call (520)206-4500.

We want to help you, don't delay!

Sincerely,

PCC Student Service Center
pcc-enroll@pima.edu

5/23/2023, 7:50 AM