Reanna Martinez
3215 West Capristrano Road
Tucson, Arizona, 85746


May 19, 2023


Dear Honorable Judge Hinderaker,

My name is Reanna Martinez. I am the girlfriend of Omar Trujillo and soon to be expecting parents. I want to start off this letter by saying the past year has not been easy, not that we expected it to be your Honor but I believe God gives his toughest battles to his strongest soldiers.

When I met Omar Trujillo, he was nothing like his mistakes portray him to be. He was the total opposite. He was extremely respectful , outgoing , very sweet , kind hearted and the most generous person I have ever met. All the things that made me fall in love with him and continuously till this day. Omar Trujillo is extremely talented and incredibly passionate about those and the things he loves around him. Omar Trujillo , despite his mistakes, has managed to get back on his feet and start school this fall to chase his dreams and goals. I couldn't be any more proud of him and the changes he has made not only to better himself , but the sacrifices he has made for our family to be.


I do understand that two years ago Omar made a grave mistake and he has pleaded guilty to his crimes and is to be sentenced June 26, 2023 in the United States District Court. However, those mistakes stopped the same summer. As humans we are all vulnerable to making bad decisions, but I'm a strong believer that we all within us have the power to change and learn from our mistakes.

Leading up to his sentencing day as it gets closer, I am extremely optimistic about the change he will be able to show in him to those around him and the world. I ask you to your Honor, please show some leniency in the terms of his sentence and as I write this with a heavy heart , can see the amazing , selfless human being that he is.

Sincerely,


Reanna Martinez

May 19, 2023

Dear Honorable Judge Hinderaker:

My name is Ruben I Retana, Petty Officer 3rd class of the United States Navy. I am a Tucson native and grew up in the southside of Tucson my whole life and have seen the good and bad. Omar reached out to me about some trouble he found himself in and asked if I could write a character statement for him. I've known Omar for more than half my life now since Junior high at Apollo Middle School. Since then I would consider him more as a brother as he was there for me through hardships and achievements in life and same goes for me with him. I understand that he has pleaded guilty and knows what road lies ahead of him but he's responsible enough to own up to his actions. Since we were teenagers, I knew Omar as someone to know wrong from right. However, he made a choice that I believe falls out of line with his true character, and for which I am sure he recognizes and regrets. What you are meeting him for is not an accurate representation of who he really is. He has a good head on his shoulders and out of all the people from junior high, I would pick him to go through anything with because of his morals. We grew up together. Omar and I spent practically every day together from the boys & girls club, family functions, long summer nights bored at the house, family vacations, and in even the rare chances I get to go back home from the navy; he's there with me.

In my eyes Omar is not a criminal, but just a person who has made a mistake. I know he won't offend again as he is on a road to being one of the greatest things a man can achieve and that's fathership. Knowing Omar as a person, one thing I'm certain about in him is that he loves his family to limitless measures and there's no way he will let himself do wrong again that will jeopardize him being a father. Being that this is his first offense I would hope that the charges aren't severe enough to delay his time with welcoming his baby into the world.

Sincerely,

Petty Officer 3rd Class Retana I Ruben

Aaron Haros
738 W. Nevada St.
Tucson, AZ 85706
May 8,2023


Dear Honorable Judge Hinderaker.,

I am writing this letter in support of my dear friend Omar Trujillo, who I have known since we were both five years old. Omar Trujillo has been an important part of my life for over 15 years, and I am honored to have the opportunity to write this letter of support.

I was shocked and saddened to learn of the charges against Omar Trujillo. However, I know that Omar Trujillo is a kind and caring person who has always been there for me and others in our community. Omar Trujillo has always been a law-abiding citizen and has never been in trouble with the law before.

I believe that Omar Trujillo is a person of good character who made a mistake, and I know that Omar Trujillo is deeply remorseful for their actions. I have seen firsthand the positive impact that Omar Trujillo has had on our community, and I believe that Omar Trujillo can continue to make a positive contribution to society if given the chance.

I respectfully request that you take into consideration Omar Trujillo's positive character and contributions to our community when deciding on Omar Trujillo's sentence. I am confident that with the help of the justice system, Omar Trujillo can learn from this mistake and move forward in a positive direction.

Thank you for your time and consideration.

Sincerely,

Aaron Haros

**Subject:** 4th - letter for Omar Trujillo
**From:** omar trujillo <trujilloomar0087@gmail.com>
**Date:** 5/24/2023, 8:18 PM
**To:** Richard Bock <lingemanbock@qwestoffice.net>

---------- Forwarded message ---------
From: **Irene Guzman** <ireneg326@gmail.com>
Date: Wed, May 24, 2023 at 8:17 PM
Subject: Letter
To: <trujilloomar0087@gmail.com>

To the Honorable Judge Hinderaker

I understand that Omar is pleading guilty to Making False statements in Connection with Purchase of Firearms.

My name is Irene Guzmán. I'm a hairstylist. I have worked beside Omar's mom Miriam Meraz for over 16 years and counting. I believe Omar was about 8 years of age when I met him. I loving and caring son and big brother.

I conceder Omar to be a positive character for his family and allowing a sympathetic verdict.

Sincerely,
Irene Guzmán

1 of 1                                                                                    5/25/2023, 8:59 AM

Honorable Judge Hinderaker,

I hope this letter finds you well. I am writing to provide a character reference for Omar Trujillo, whom I have had the privilege of knowing personally and professionally for six years. My name is Emily Murtaugh, and I have had the pleasure of making a personal connection with Omar as well as working with him briefly at MOA Meraz Hair Salon.

Omar is an exceptional individual who possesses admirable qualities that extend beyond his unfortunate conviction for making false statements in connection with the purchase of firearms. Throughout our interactions, I have witnessed his unwavering dedication, kindness, and strong work ethic. Omar is a hardworking and compassionate person who consistently goes above and beyond to make a positive impact on those around him.

One aspect of Omar's character that stands out is his respect and consideration for others. He has always treated me and everyone else with utmost respect, displaying a level of professionalism and courtesy that is truly commendable. Omar's genuine care for those around him is evident in his actions and interactions, and I am grateful to have him in my life. I believe that everyone who has had the pleasure of knowing Omar would agree that his presence is a source of positivity and inspiration.

In addition to his professional endeavors, Omar has been a pillar of support for his family. Following his conviction, he selflessly stepped in to assist his mother, Miriam Meraz, with her salon. Omar's dedication to his family is further exemplified by his devotion to caring for his younger brother. He prioritizes spending quality time with them, ensuring their well-being and happiness.

I firmly believe that Omar's actions since conviction reflect his genuine remorse and determination to move past his mistakes. He has been proactive in taking responsibility for his actions, redirecting his focus towards positive pursuits, and refusing to let his past define his future. The potential consequences of this conviction have the capacity to severely impact his life and career, but Omar has consistently demonstrated his commitment to overcoming these challenges.

I respectfully request your leniency in considering Omar's sentencing. His personal growth, dedication to his career aspirations, and the positive impact he has on those around him make him a worthy candidate for a second chance. I firmly believe that with the appropriate guidance and support, Omar has the potential to rehabilitate himself fully and contribute meaningfully to society.

Dear Honorable Judge Hinderaker,

I am writing this letter today to offer my support for my cousin, Omar Trujillo, who is scheduled to appear before you for sentencing on June 26, 2023, after pleading guilty to Making False Statements in Connection with Purchase of Firearms.

I have known Omar my entire life, and we have grown together into adulthood. I have had the privilege of watching him mature into a responsible and hardworking young man. Omar approaches every task with a sense of purpose and dedication. And above all he is a caring and sensitive individual, who always finds a way to help others.

As a recent graduate of the University of Arizona's College of Social and Behavioral Sciences, I have had the opportunity to study the complexities of human behavior and the impact that our actions can have on society. I completely understand that the legal system is designed to ensure that justice is served, but I also believe that it is important to consider the individual circumstances of each case.

Omar is a soon to be first time father, and this incident has had a profound impact on his life. As well as the life of the mother of his child. He is deeply remorseful for his actions and has taken full responsibility for his mistake. I believe that he has learned from this experience and will use it as an opportunity to become a better person and a better member of society.

As someone who will be attending law school next year, I understand the importance of upholding the law and holding individuals accountable for their actions. However, I also believe that it is important to show mercy and compassion in appropriate circumstances. As a child who grew up with two younger sisters and a father imprisoned for our entire childhood, the impact and emotional trauma that it causes on a family is not something I'd wish anyone to go through. Given the circumstances surrounding Omar's case, I respectfully request that you consider granting him the most lenient sentence possible. Not only for him but for the future of his family.

Thank you for your time and attention to this matter.

Sincerely,

Exciaeli Meraz

Telephone: (530)368-2399
Email: exciaeli@gmail.com