GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Colorado State Bar No. 38157
Assistant U.S. Attorney
CRAIG H. RUSSELL
Assistant U.S. Attorney
Arizona State Bar No. 029206
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CR 22-1857-00-TUC-JCH |
| vs. | Supplement to Government's Motion to Review Detention Order |
| Julian Canastillo, | |
| Defendant. | |

The United States of America hereby submits this supplement to its Motion to Review Detention Order.

The government hereby submits the following information requested by the court. The Government has not extended a plea agreement to the defendant.  The Government estimates the following guideline calculations should he timely accept a plea offer:

| | |
|---|---|
| Base Base Offense Level (§ 2M5.2(a)(1)) | 26 |
| Aggravating Role (§ 3B1.1(a)) | +4 |
| Acceptance (§ 3E1.1(a) and (b)) | -3 |
| Total Adjusted Offense Level | 27 |

Respectfully submitted this 21st day of June 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Craig H. Russell*

Craig H. Russell
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 21st day of June, 2023, to:

All ECF Participants

2