GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>        v.<br><br>Corey Creasia,<br><br>            Defendant. | CR-22-1857-009-TUC-JCH-BGM<br><br>SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1.    The matter is set for sentencing on August 15, 2023.

2.    This case originated from an investigation conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). ATF agents searched the phone of the main target of the investigation, Julian Canastilllo, which revealed text and WhatsApp conversations with the defendant between March and May 2022. In these conversations the two discuss the defendant ordering and purchasing firearms and high-capacity drum magazines for Canastillo, who paid the defendant to do so. The messages also discussed meeting up for the defendant to transfer the firearms to Canastillo.

3.    ATF agents interviewed the defendant, who admitted that he met Canastillo through Armslist.com and that Canastillo asked him to obtain firearms for him. The defendant said Canastillo paid him $500.00 to purchase a Barrett .50 caliber rifle. The defendant said he was suspicious about why Canastillo wanted him purchase the firearms

and was not sure what Canastillo was doing with the firearms once he obtained them. The defendant showed agents documentation of Zelle payments for the firearm purchases, which he received from another individual.

3. On September 15, 2022, the same grand jury returned a true bill of superseding indictment against the defendant, Canastillo, and eight other men, alleging conspiracy, exportation of goods from the United States, and straw purchasing, among other charges. On June 1, 2023, the defendant pled guilty to counts 45-48 of the superseding indictment pursuant to a written plea agreement.

4. The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 10-16 months, based on a total offense level 12 and criminal history category I. The probation department recommends five years of probation.

5. 18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2). The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

6. Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to five years of probation. The defendant has never before been arrested for a criminal offense, and his ten-year career with the United States Air Force was destroyed when he committed the charged offenses. Under the circumstances, a sentence to probation for this defendant is a just one. The government will further explain its position at the sentencing hearing, currently set for August 15, 2023.

Respectfully submitted this 8th day of August, 2023.

GARY M. RESTAINO
United States Attorney

*/s/ Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 8th day of August, 2023, to:

Elias Damianakos, Esq.
Counsel for defendant