GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-1857-005-TUC-JCH-BGM |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| Nicolas Meraz, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1.     The matter is set for sentencing on August 17, 2023.

2.     This case originated from an investigation conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). ATF agents searched the phone of the main target of the investigation, Julian Canastillo, which revealed a bill of sale for an F.N. pistol, which listed the defendant as the seller. Agents eventually learned that the defendant purchased ten firearms from firearms dealers between December 28, 2021 and April 11, 2022. Canastillo's phone also revealed April and May 2022 text messages between the defendant and Canastillo, where they discuss the logistics of the defendant's firearm purchases.

3.     On September 15, 2022, the same grand jury returned a true bill of superseding indictment against the defendant, Canastillo, and eight other men, alleging conspiracy, exportation of goods from the United States, and straw purchasing, among other charges.

On June 6, 2023, the defendant pled guilty to counts 22-29 of the superseding indictment pursuant to a written plea agreement.

4. The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 10-16 months, based on a total offense level 13 and criminal history category I. The probation department recommends the Court sentence the defendant to 12 months and one day of incarceration.

5. 18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2). The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

6. Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to 12 months and one day of incarceration. The government will further explain its position at the sentencing hearing, currently set for August 17, 2023.

Respectfully submitted this 10th day of August, 2023.

GARY M. RESTAINO
United States Attorney

/s/ Matthew C. Cassell

MATTHEW C. CASSELL
Assistant United States Attorney

2

Copy of the foregoing served electronically
or by other means this 10th day of August, 2023, to:

Brick P. Storts, III, Esq.
Counsel for defendant